<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 01-2421**

---

WEALEGBAY J.G. TAYN, SR.,

Plaintiff - Appellant,

versus

WALTER KIDDE,

Defendant - Appellee.

---

Appeal from the United States District Court for the Middle District of North Carolina, at Durham. William L. Osteen, District Judge. (CA-00-749-1)

---

Submitted: February 6, 2002      Decided: February 21, 2002

---

Before WIDENER, MOTZ, and GREGORY, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Wealegbay J.G. Tayn, Sr., Appellant Pro Se. Charles Matthew Keen, Sheri Lea Roberson, OGLETREE, DEAKINS, NASH, SMOAK & STEWART, Raleigh, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Wealegbay J.G. Tayn, Sr., appeals from the district court's judgment granting summary judgment to Walter Kidde and dismissing his employment discrimination complaint. Tayn claims he was discriminated against and faced a hostile work environment because of his race, national origin, and age. He further claims his discharge from employment was retaliatory. We have reviewed the record and the district court's memorandum opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Tayn v. Kidde, No. CA-00-749-1 (M.D.N.C. Oct. 30, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED